UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSE MORALES,

                         Plaintiff,                  08 Civ. 10444 (BSJ) (DF)

       -against-                           **SCHEDULING ORDER**

COMMISSIONER RAYMOND KELLY, et al.,

                        Defendants.
------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

      It is hereby ORDERED that the office of the Corporation Counsel shall make arrangements for Plaintiff to participate in a telephone conference call with the Court on June 24, 2009, at 10:00 a.m., and shall initiate that call to my chambers on that date.

Dated:  New York, New York
          June 10, 2009

                                                SO ORDERED

                                                _____
                                                DEBRA FREEMAN
                                                United States Magistrate Judge

Copies to:

Mr. Jose Morales
07-A-4056
Arthur Kill Corr. Facility
2911 Arthur Kill Rd.
Staten Island, NY 10309

Toni Gantz, Esq.
Assistant Corporation Counsel
100 Church Street
New York, NY 10007

                                                6-10-09
Chambers of Magistrate Judge Freeman